# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-50429
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DENNYS SOTO-FLORES,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:12-CR-893-4

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Dennys Soto-Flores on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Soto-Flores has filed a response in which he plainly states his desire to withdraw his appeal. Soto-Flores's motion for voluntary dismissal is GRANTED; counsel's motion to withdraw is DENIED

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-50429

AS MOOT; and the APPEAL IS DISMISSED.  *See* FED. R. APP. P. 42(b); 5TH
CIR. R. 42.1.